**William GLASGOW,**
**Plaintiff/Respondent,**

v.

**Lloyd E. EAKER, Trustee of Afshari Enterprises, Inc., Defendants/Respondents.**

No. 61768.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 24, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Jan. 7, 1993.

Application to Transfer Denied
Feb. 23, 1993.

Lloyd E. Eaker, Clayton, for Afshari Enterprises, Inc.

Robert J. Selsor, Suelthaus & Kaplan, P.C., Clayton, for William Glasgow.

ORDER

PER CURIAM.

Defendants appeal from the trial court's entry of summary judgment against them in this suit by plaintiff to quiet title in land purchased by him at a tax sale. We affirm. No error of law appears and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).